ion. Application denied, with $10 costs. Order signed. See, also, 152 N. Y. Supp. 1030; 153 N. Y. Supp. 1150.

---

WEINBERG v. SMITH. (Supreme Court, Appellate Division, First Department. June 18, 1915.) Action by Barnet Weinberg against Robert S. Smith. No opinion. Motion denied, with $10 costs. Order filed. See, also, 153 N. Y. Supp. 1149.

---

WEISS v. FRANK et al. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Action by Julius Weiss against David Frank and another. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

WERNER, Appellant, v. WERNER, Respondent. (Supreme Court, Appellate Division, First Department. May 14, 1915.) Action by Arthur M. Werner against Ciulia M. Werner. H. S. Dottenheim, of New York City, for appellant. J. P. Cotton, of New York City, for respondent.

PER CURIAM. Order modified, by requiring plaintiff to serve a bill of particulars as required by order of Special Term entered August 6, 1914, and striking out the provision to preclude plaintiff from giving evidence, and, as so modified, affirmed, with $10 costs and disbursements to respondent. Settle order on notice. See, also, 164 App. Div. 935, 149 N. Y. Supp. 1118.

---

WESOLOWSKI, Respondent, v. BUTLER, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Action by Francisicka Wesolowski against Edward H. Butler, individually and as executor, etc. No opinion. Judgment and order affirmed, with costs.

---

WHITCOMB, Respondent, v. BURR, Appellant. (Supreme Court, Appellate Division. First Department. June 11, 1915.) Action by Frank I. Whitcomb against Nelson B. Burr. J. G. Jackson, of New York City, for appellant. F. P. Ufford, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

WHITE, Respondent, v. AARON et al., Appellants. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Josiah J. White against Harry S. Aaron and another. J. V. McCabe, for appellants. A. Ruger, of Brooklyn, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

---

WIENER v. ROSS. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Action by Moses A. Wiener against Louis Ross. No opinion. Motion denied, with

$10 costs. Order filed. See, also, 152 N. Y. Supp. 1149.

---

WILD v. ERIE R. CO. (No. 7354.) (Supreme Court, Appellate Division, First Department. May 28, 1915.) Appeal from Special Term, New York County. Action by Jesse Wild against the Erie Railroad Company. From so much of an interlocutory judgment as overruled demurrer to two defenses contained in the amended answer, plaintiff appeals; and from so much thereof as denied a motion to dismiss the complaint, defendant appeals. Affirmed. John J. Finn, of New York City, for plaintiff. Russel S. Coutant, of New York City, for defendant.

PER CURIAM. Upon the authority of Barry v. N. Y. Cent. & Hudson River R. R. Co., 92 N. Y. 290, 44 Am. Rep. 377, and Lamphear v. N. Y. Cent. & Hudson River R. R. Co., 194 N. Y. 172, 86 N. E. 1115 (see, also, Erie R. R. Co. v. Burke, 214 Fed. 247, 130 C. C. A. 617), the judgment appealed from should be affirmed, without costs to either party, with leave to plaintiff to withdraw the demurrer, upon payment of costs in the court below. Order filed.

INGRAHAM, P. J., dissents on defendant's appeal, upon the ground that the complaint alleges that plaintiff was not at a crossing, but was walking "along one of the defendant's main tracks at a point to the westward of the said Belmont avenue, in order to get to his home," and in this position the defendant owed him no duty of care, and upon the further ground that it appears from the complaint that the proximate cause of the accident was the plaintiff's catching his foot in the track, and not any negligence of the defendant in operating its road.

---

WILLIAMS et al., Respondents, v. PETER KEELER BLDG. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by Samuel T. Williams and another against the Peter Keeler Building Company and others. No opinion. Judgment affirmed by default, with costs. Default opened, 153 N. Y. Supp. 1150.

---

WILLIAMS et al., Respondents, v. PETER KEELER BLDG. CO. et al., Appellants. (Supreme Court, Appellate Division, Second Department. June 18, 1915.) Action by Samuel T. Williams and another against the Peter Keeler Building Company and another. No opinion. Motion granted and default (153 N. Y. Supp. 1150) opened, on condition that appellant perfect the appeal, place the case on the September calendar, and be ready for argument when reached, and within 10 days pay $25 to respondents; otherwise, motion denied, with $10 costs. See, also, 165 App. Div. 934, 150 N. Y. Supp. 1118.

---

WINNE, Respondent, v. ERIE R. CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Action by